IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| MANDI J. FRIEND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 13-cv-5054 |
| AEGIS COMMUNICATIONS GROUP, et al., | ) ) ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and that this matter should be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

| | |
|---|---|
| HOLMAN SCHIAVONE, LLC | ARMSTRONG TEASDALE LLP |
| /s/Anne Schiavone | /s/Robert A. Kaiser |
| Anne Schiavone, MO Bar# 49349 | Robert A. Kaiser, MO Bar# 31410 |
| Matt J. O'Laughlin, MO Bar# 54025 | Jeremy M. Brenner, MO Bar# 63727 |
| 4600 Madison Avenue, Suite 810 | 7700 Forsyth Blvd., Suite 1800 |
| Kansas City, Missouri 64112 | St. Louis, Missouri 63105 |
| Telephone: 816.283.8738 | Telephone: 314.621.5070 |
| Facsimile: 816.283.8739 | Facsimile: 314.621.5065 |
| Email: aschiavone@hslawllc.com | Email: rkaiser@armstrongteasdale.com |
| Email: molaughlin@hslawllc.com | Email: jbrenner@armstrongteasdale.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |